■ ORANGEBURG ASSOCIATES, Respondent-Appellant, v ABRAHAM BAUM et al., Appellants-Respondents. (Action No. 1.) ABRAHAM BAUM et al., Appellants-Respondents, v ORANGEBURG ASSOCIATES, Respondent-Appellant. (Action No. 2.)

 Mangano, J. P., Brown, Niehoff and Lawrence, JJ., concur.